MAE E. KAMPS et al., Appellants, *v.* CROWN HEIGHTS HOSPITAL, INC., Respondent.

Argued January 6, 1938; decided March 8, 1938.

*Thomas W. Constable* for appellants.

*Clarence S. Zipp, Owen F. Hughes* and *Daniel Miner* for respondent.

Judgment affirmed, with costs. The nurse was employed by the patient and not by the hospital. The court does not decide any other question upon this record. No opinion.

Concur: LEHMAN, O'BRIEN, HUBBS and FINCH, JJ.; CRANE, Ch. J., LOUGHRAN and RIPPEY, JJ., dissent upon determining this question solely as a matter of law.